COMMONWEALTH *vs.* DANIEL GLEASON.

It is no ground for quashing an indictment for murder, that, in the signature of the foreman of the grand jury, the Christian name is represented by the initial letter only.

INDICTMENT for murder, signed " A true bill. A. Burbank, foreman." At the trial, before *Chapman*, C. J., and *Ames*, J., the defendant moved, before plea, to quash the indictment, on the ground that " A. Burbank " was not the foreman ; that the indictment was not signed by the foreman, by his own proper name and designation ; that, being signed " A. Burbank, foreman," it was not certified as required ; and that " A. Burbank " was not the proper and legal name and designation of the foreman. The motion was overruled, and the defendant, being tried and convicted, alleged exceptions.

*T. P. Pingree & J. M. Taylor*, for the defendant.

*C. R. Train*, Attorney General, for the Commonwealth.

CHAPMAN, C. J. The indictment is signed by the foreman of the grand jury as follows : " A. Burbank, foreman." If we assume that the signature contains only the initial letter of his Christian name, it is sufficient ; and though the motion to quash states the objection made to the indictment in various ways, nothing more appears to have been intended by it.

*Exceptions overruled.*